

December 18, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/20/2019__

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re: <u>United States of America v. Miyuki Suen</u>
Ind. No.: 18 Cr. 827 (GHW)

Dear Judge Woods:

Ms. Suen is scheduled for sentencing on January 15, 2020. Pursuant to Your Honor's rules, defendant's sentencing submission is due no later than two weeks in advance of date of sentencing. For the reasons stated below, I am respectfully requesting a two-week adjournment of sentencing.

As part of our sentencing submission, I intend to attach various letters, and other relevant records, in support of Ms. Suen. Although I have received a portion of these documents, I expect more that I have not yet received. In addition, I will be away on vacation for the holidays from December 18 to December 28, 2019. In order to provide the Court with an effective sentencing memorandum, in compliance with its rules, I would request additional time make this submission. Therefore, I respectfully request that the Court adjourn Ms. Suen's sentencing hearing to January 27, 28 or 31, 2020.

The government has no objection to this request.

Thank you for your consideration.

Very truly yours,

SULLIVAN & BRILL, LLP

By: Steven Brill, Esq.

Application granted. The sentencing hearing scheduled for January 15, 2020 is adjourned to February 10, 2020 at 4:00 p.m. Defendant's sentencing memorandum is due January 27, 2020; the Government's memorandum is due February 3, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 97.

SO ORDERED.

Dated: December 20, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge