

# MEMORANDUM ENDORSED

August 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States of America v. Miyuki Suen**
      **Ind. No.: 18 Cr. 827 (GHW)**

Dear Judge Woods:

  Presently, Ms. Suen has been sentenced to 366 days and is due to surrender to the BOP on October 16, 2020. As part of the bail conditions, she is subject to location monitoring and is wearing an ankle bracelet. Yesterday, I received a communication from her pre-trial services officer, Marlon Ovalles who asked if I would consider requesting that Ms. Suen's location monitoring requirement be removed. Mr. Ovalles noted that Ms. Suen has been "fully compliant" with all of her bail conditions. Further, even without location monitoring, Ms. Suen will continue to be required to report to PTS each week *via* the web, and each month *via* FaceTime.

  Notably, the Court may remember that since 2018, Ms. Suen was employed as a caregiver at a Senior Center in Chinatown. However, since the COVID pandemic occurred, Ms. Suen has lost her job and is now forced to support herself by receiving unemployment benefits. This not a proud moment for Ms. Suen, given that she has worked hard her entire life. Her daily routine now consists staying home and caring for her elderly parents.

  AUSA Daniel Nessim takes no position to my request.

  Thank you for your consideration.

Very truly yours,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.

Application granted. The conditions of Ms. Suen's release are modified as follows: the condition requiring electronic location monitoring is removed. All other conditions of Ms. Suen's release remain in full force and effect.
SO ORDERED
August 12, 2020   _____
        GREGORY H. WOODS
        United States District Judge