

# MEMORANDUM ENDORSED

February 19, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2021

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States of America v. Miyuki Suen**
      **Ind. No.: 18 Cr. 827 (GHW)**

Dear Judge Woods:

I represented Ms. Suen in connection with the abovementioned matter. Your Honor previously sentenced her to 366 days. On February 13, 2021, Ms. Suen, as instructed, surrendered to the BOP (FCI Danbury) to begin serving her sentence. As the Court may remember, Ms. Suen suffers from significant medical conditions that place her in the risk category considering the COVID-19 pandemic. Due to her medical vulnerability, Ms. Suen has contacted me seeking assistance on exploring early release both administratively within the BOP, as well as potential motion practice with this Court.

Given this forthcoming legal representation, I am respectfully seeking permission to continue my assignment under CJA, and to utilize CJA funds to do so.

Thank you for your consideration.

Very truly yours,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.

Application granted. Mr. Brill is granted leave to continue his appointment for the purpose of exploring early release administratively and to file, if appropriate, a motion for compassionate release before the Court. The Court's grant of this request should not be construed as an endorsement of the substance of any request for administrative relief from the BOP by Ms. Suen.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 157.

SO ORDERED.
February 20, 2021.

_____
GREGORY H. WOODS
United States District Judge