

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 10, 2024

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States of America v. Miyuki Suen**
               **Ind. No.: 18 Cr. 827 (GHW)**

Dear Judge Woods:

    I represented Ms. Suen in connection with the abovementioned matter. Ms. Suen has completed her incarceration sentence and successfully completed her term of Supervised Release. I now respectfully request that Your Honor permit the release of her U.S. Passport that was originally part of her bail conditions, and in the custody of the SDNY Pre Trial Services agency.

    Thank you for your consideration.

Very truly yours,

SULLIVAN | BRILL, LLP

_____

By: Steven Brill, Esq.